**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-7643**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELTRENTROSE F. LIVERMAN, a/k/a Trent,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-95-151)

―――――――――

Submitted: April 13, 2000          Decided: April 19, 2000

―――――――――

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Eltrentrose F. Liverman, Appellant Pro Se. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eltrentrose F. Liverman appeals the district court's order denying his motion to withdraw his guilty plea or in the alternative for a reduction in his sentence.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Liverman</u>, No. CR-95-151 (E.D. Va. Nov. 9, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2